THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK WAGNER, Appellant, *v.* BERNARD J. YORK et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Wagner* v. *York*, 51 App. Div. 639, affirmed.
(Argued November 13, 1900; decided December 4, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1900, dismissing a writ of certiorari and affirming the proceedings of the defendants in dismissing the relator from the position of patrolman on the police force of the city of New York.

*Louis J. Grant* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. DONNELLY, Appellant, *v.* FRANK Moss et al., Police Commissioners of the City of New York, Respondents.

*People ex rel. Donnelly* v. *Moss*, 50 App. Div. 308, affirmed.
(Argued November 13, 1900; decided December 4, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May

22, 1900, dismissing a writ of certiorari and affirming the proceedings of the defendants in dismissing the relator from the position of patrolman on the police force of the city of New York.

*Louis J. Grant* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.